No. 81–180. REID *v.* GEORGIA. Ct. App. Ga. Certiorari denied. JUSTICE MARSHALL would grant certiorari. 

No. 81–5013. OMERNICK *v.* CAROW ET AL. C. A. 7th Cir. Motion of respondents for damages denied. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this petition. 

No. 81–5014. OMERNICK ET AL. *v.* WISCONSIN ET AL. Sup. Ct. Wis. Motion of respondents for damages denied. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this petition.

No. D–175. IN RE DISBARMENT OF FELDSHUH, 452 U. S. 957. Petition for rehearing denied.